# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA EDUCATION ASSOCIATION, ) ) Plaintiff, ) ) v. ) ) ALABAMA PROFESSIONAL STAFF ) ORGANIZATION, ) ) Defendant. ) | CIVIL ACTION NO. 05-0323-BH-C |

## ORDER

The parties have now filed a joint motion (Doc. 39) to dismiss all claims and counterclaims asserted in this action and have requested that the dismissal be with prejudice as to all the parties, each party to bear its own costs.  It is **ORDERED** that the parties' motion be and is hereby **GRANTED** and that, therefore, this action be and is **DISMISSED with prejudice**, each party to bear its own costs.

**DONE** this 1st day of March, 2006.

                                        s/ W. B. Hand
                                        SENIOR DISTRICT JUDGE